PAUL D.S. EDWARDS
713 Wheat Ridge Lane, Unit 203,
Las Vegas, Nevada 89145
Landline Telephone:   702.341.1776
Cellular Telephone:    702.893.1776
Email: pauldse@pauldsedwards.com
Plaintiff, *pro se*

**ALVERSON, TAYLOR,**
**MORTENSEN & SANDERS**
Kurt Bonds, Esq. Nevada Bar No. 006228
Trevor Waite, Esq. Nevada Bar No. 13779
Nevada Bar No. 0062287401 W. Charleston Blvd.
Las Vegas, Nevada 89117-1401
T: (702) 384-7000
F: (702) 385-7000
kbonds@alversontaylor.com

**CARLSON & MESSER LLP**
Tamar Gabriel (SBN: 266860)
Appearing *Pro Hac Vice*
gabrielt@cmtlaw.com
5959 W. Century Boulevard, Suite 1214
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

*Attorney for Defendants,*
*BQ RESORTS, LLC; STARPOINT RESORT GROUP, INC.;*
*RESORTSTAY INTERNATIONAL, LLC; GETAWAYS*
*RESORT MANAGEMENT, LLC; GEOHOLIDAY CLUB;*
*SAPPHIRE RESORTS; JOSEPH MULDOON; CHRISTOPHER JONES*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **PAUL D.S. EDWARDS,** | Case No. 2:16-cv-01649 |
| **Plaintiff,** | |
| vs. | |

{Stipulation to Stay;1}

1

STIPULATION
KB 23733

| | |
|---|---|
| MICHAEL J. MULDOON,<br>a/k/a MICHAEL JOSEPH MULDOON,<br>a/k/a, MICHAEL J. MULDOON, III,<br>a/k/a, MICHAEL MULDOON,<br>and CHRISTOPHER JONES,<br>a/k/a CHRIS JONES,<br>and BQ RESORTS, LLC,<br>d/b/a STARPOINT RESORT GROUP, INC.,<br>a/k/a RESORT STAY INTERNATIONAL, LLC.,<br>a/d/b/a GETAWAYS RESORT MANAGEMENT,<br>a/d/b/a GEOHOLIDAY CLUB,<br>d/b/a SAPPHIRE RESORTS, LLC,<br>a/d/b/a SAPPHIRE RESORTS, GROUP,<br>a/k/a STAY SAPPHIRE, a/k/a SAPPHIRE,<br>and DOES I-X,<br>and ROE CORPORATIONS XI-XX, et al.<br><br>Defendants. | STIPULATION AND JOINT REQUEST OF ALL PARTIES FOR ORDER STAYING CASE PENDING DISPOSITION OF PLAINTIFF'S MOTION TO REMAND [DKT. NO. 5] |

**IT IS HEREBY STIPULATED BY AND BETWEEN** Pro Se Plaintiff PAUL D.S. EDWARDS ("Plaintiff") and Defendants CHRISTOPHER JONES, BQ RESORTS, LLC, STARPOINT RESORT GROUP, INC., RESORT STAY INTERNATIONAL, LLC., GETAWAYS RESORT MANAGEMENT, GEOHOLIDAY CLUB, SAPPHIRE RESORTS, (collectively "Defendants") by and through their undersigned counsel, hereby submit this joint stipulation to stay discovery -, stating as follows:

1. Plaintiff commenced this action by filing a complaint against Defendants on or about June 9, 2016, in the District Court, Clark County, Nevada, Case No. A-16-738174-C.

2. Defendants removed this action on July 13, 2016 [Dkt. No. 1].

3. Plaintiff filed a Motion to Remand this case to state court on July 25, 2016 [Dkt. No 5].

4. Defendants filed an Opposition to Plaintiff's Motion to Remand on August 10, 2016 [Dkt. No. 8].

{Stipulation to Stay;1}

2

STIPULATION

5.   On September 7, 2016, the parties filed a Proposed Joint Discovery Plan and Scheduling Order [Dkt. No. 13]. On page 2, lines 7-10 of the Proposed Joint Discover Plan and Scheduling Order, the parties agreed and requested that "Discovery be held in abeyance until disposition of Plaintiff's Motion to Remand; thereafter, should this matter remain within the jurisdiction of this Court, Discovery shall be conducted as follows..."

6.   On September 8, 2016, Magistrate Judge Cam Ferenbach signed and ordered entry of the Scheduling Order pursuant to the Parties Joint Discovery Plan and Scheduling Order [Dkt. No. 14] without any alterations regarding the parties request to stay discovery during the pendency of Plaintiff's Motion to Remand.

7.   Plaintiff filed his Reply to Defendants Opposition to Plaintiff's Motion to Remand on October 3, 2016 [Dkt. No. 19].

8.   That in compliance with the Parties Joint Discovery Plan [Dkt. No. 13], the Court's Scheduling Order [Dkt. No. 14], and because Defendants have not yet opposed Plaintiff's Motion to Compel Defendants' Further Initial Disclosures [Dkt. No. 21], Plaintiff agrees to withdraw his motion to Compel [Dkt. No. 21].

9.   Presently, the disposition of both Plaintiff's Motion to Remand as well Plaintiff's Motion for Leave to File Supplemental Briefing in Support of Plaintiff's Motion to Remand [Dkt. No. 16] are still pending before this Court.

10.   That any discovery propounded by Plaintiff is void and that discovery shall commence anew upon the Court's determination of the Plaintiff's pending Motion to Remand as well as Plaintiff's Motion for Leave to File Supplemental Briefing in Support of Plaintiff's Motion to Remand [Dkt. No. 16].

NOW THEREFORE, the parties respectfully request the Court to enter an order staying discovery in this case pending disposition of Plaintiff's Motion to Remand and Plaintiff's Motion for Leave to File Supplemental Briefing in Support of Plaintiff's Motion to Remand.

SO STIPULATED.

Dated: October 20, 2016        By:        /s/ Paul D.S. Edwards
                                          Paul D.S. Edwards
                                          713 Wheat Ridge Lane, Unit 203
                                          Las Vegas, Nevada 89145
                                          Landline Telephone:     702.341.1776
                                          Cellular Telephone:     702.893.1776
                                          Email:     pauldse@pauldsedwards.com
                                          Plaintiff, *pro se*


Dated: October 20, 2016        By:        /s/ Tamar Gabriel
                                          Tamar Gabriel, Esq.
                                          Attorney for Defendants
                                          *BQ RESORTS, LLC; STARPOINT RESORT GROUP, INC.; RESORTSTAY INTERNATIONAL, LLC; GETAWAYS RESORT MANAGEMENT, LLC; GEOHOLIDAY CLUB; SAPPHIRE RESORTS; MICHAEL J. MULDOON and CHRISTOPHER JONES*


Dated: October 20, 2016        By:        /s/ Trevor R. Waite
                                          Trevor R. Waite, Esq.
                                          Attorney for Defendants
                                          *BQ RESORTS, LLC; STARPOINT RESORT GROUP, INC.; RESORTSTAY INTERNATIONAL, LLC; GETAWAYS RESORT MANAGEMENT, LLC; GEOHOLIDAY CLUB; SAPPHIRE RESORTS; MICHAEL J. MULDOON and CHRISTOPHER JONES*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PAUL D.S. EDWARDS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. MULDOON,<br>a/k/a MICHAEL JOSEPH MULDOON,<br>a/k/a, MICHAEL J. MULDOON, III,<br>a/k/a, MICHAEL MULDOON,<br>and CHRISTOPHER JONES,<br>a/k/a CHRIS JONES,<br>and BQ RESORTS, LLC,<br>d/b/a STARPOINT RESORT GROUP, INC.,<br>a/k/a RESORT STAY INTERNATIONAL, LLC.,<br>a/d/b/a GETAWAYS RESORT MANAGEMENT,<br>a/d/b/a GEOHOLIDAY CLUB,<br>d/b/a SAPPHIRE RESORTS, LLC,<br>a/d/b/a SAPPHIRE RESORTS, GROUP,<br>a/k/a STAY SAPPHIRE, a/k/a SAPPHIRE,<br>and DOES I-X,<br>and ROE CORPORATIONS XI-XX, et al.<br><br>　　　　Defendants. | Case No. 2:16-cv-01649<br><br>[PROPOSED] ORDER GRANTING STIPULATION OF ALL PARTIES FOR ORDER TO STAY DISCOVERY. |

　　Pursuant to the Stipulation of the Parties, and in compliance with the Court's Scheduling Order [Dkt. No. 13], and good cause appearing;

　　IT IS HEREBY ORDERED, ADJUDGED and DECREED that discovery is currently stayed and will continue to be stayed until the Court rules on Plaintiff's Motion to Remand [Dkt. No. 5] and Plaintiff's Motion for Leave to File Supplemental Briefing in Support of Plaintiff's Motion to Remand.

{00056062;1}

1

STIPULATION

KB/23773

IT IS FURTHER ORDERED, ADJUDGED and DECREED that Plaintiff shall be allowed to withdraw his Motion to Compel [Dkt. No. 21].

DONE and ORDERED this <u>20th</u> day of <u>October</u>, 2016.

_____
UNITED STATES MAGISTRATE JUDGE